UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT HILTON
_____

Write the full name of each plaintiff.

-against-

NATIONAL RAILROAD PASSENGER
CORPORATION
AMTRAK RAIL ROAD
_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes  ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated? _Amtrak policies for passengers with disabilities in compliance with state and federal laws and regulations, including the Americans with Disabilities Act (ADA) Amtrak prohibits discrimination based on a disability passenger in its program._

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
           (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *Amtrak Rail Road & Passenger Corporation National Rail Road Passenger*, is incorporated under the laws of

the State of *New York*

and has its principal place of business in the State of *New York*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Robert* _____ *Hilton*
First Name          Middle Initial          Last Name

*7115 Beach Channel Drive # 2M*
Street Address

*Arverne,*           *New York*           *11692*
County, City          State          Zip Code

*646 388 0571*          *brothershelpbrothers@gmail.com*
Telephone Number          Email Address (if available)

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: __AMTRAK RAILROAD__
First Name                    Last Name

__CONDUCTOR__
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)
__PENN STATION__

County, City            State            Zip Code

Defendant 2: __NATIONAL RAILROAD PASSENGER CORPORATION__
First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 3: _____
First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

Defendant 4: _____
First Name         Last Name

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____

County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Kemper Station 825 Kemper Street Lynchburg Virginia 24501

Date(s) of occurrence: 11/11/2022

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

First thanking you for your support and collaboration. I Robert Hilton boarded Amtrak train at Penn Station New York 215 pm was checked in by 2 conductors going to Alabama. Had no problem with other two conductors until a third conductor arrived. Weighted three hundred pounds. Robert Hilton plaintiff had three heavy bags and was considered disabled upon arrival on Amtrak until he was forced off Amtrak. First Amendment Right were violated and his disability rights. Amtrak policies for passengers with disabilities in compliance with state and federal laws and regulations including the Americans with Disabilities Act (ADA). Amtrak prohibit discrimination based on a disability passenger its programs.

Robert Hilton an elder of 65 years old has birthday that following Saturday was harassed and abused in the following way. Physical abuse a three hundred pound Black conductor deliberately continued to bang Robert Hilton Amtrak disabled seat while he was sleeping causing injury to him and him as a disabled passenger also abandonment having to leave train in pain because Robert Hilton stood up consulting conductor to stop harassing me not abusing me. Conductor later appeared with three officers calling out my name saying me was not being this time asking Mr. Robert Hilton to leave the train. I said sir I am disabled and in the middle of nowhere I'm familiar with. I don't care was his reply. You have to leave this train. Inclusion causing Robert Hilton financial abuse with taxi service hotel expense Hilton winded up at the Baymont Inn Suites located in Lynchburg Virginia while he was to rent a room from Friday Saturday Sunday Mr. Hilton had to pay additional day Monday because Greyhound tickets were sold out that entire weekend.

Page 5

Exhibit A

Mr. Hilton had to buy dinner four nites. Mr. Hilton called his brother in law prior NYPD sargent and Amtrak officer whom said conductor most likely retaliated because Mr. Hilton said to conductor he would write him up for harassment, mental abuse, bodily harm, elder abuse.

Attached is a 3 page notarized statement with 4 witness in whom I called and who called Amtrak to find out what was going on. Amtrak apologized however, I need action to take place. I already had injury and arthritis in both knees by conductor continuesly banging on my seat. I had to return to doctor for more therapy due to this incident.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Conductor bang on my coach seat causing me bodily injury. After I underwent prior therapy I was injured once again and with injury asked to leave Amtrak in the middle of no where in Lynchburg Virginia. My suitcase had wheels but some how fell and I trip resulted in physical pain, mental suffering and financial loss and hardship, poor cognitive functioning, mental limitations and chronic poor health.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order. Mr. Robert Hilton had no problems with Amtrak for 35 years as he travels to and fro. Until November 11, 2022 therefore he is asking Amtrak to lift the bar off him for not boarding Amtrak again and is seeking money damages from taxi, hotel, greyhound, physical pain, mental suffering, elder abuse, abandonment, harassment, abduction, physical harm to a elder disabled passenger, diliberatly causing passenger bodily harm mental suffering.

Seeking money damages in the amount of 500,000.00 dollars.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 11 17 2022

Plaintiff's Signature: [signature]

First Name: ROBERT
Middle Initial: Q
Last Name: HILTON

Street Address: 7115 BEACH CHANNEL DRIVE #2M

County, City: ARVERNE
State: New York
Zip Code: 11692

Telephone Number: 646 388 0571
Email Address (if available): brothershelpbrothers@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☒ No  BY MAIL

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Robert Hilton

To:

Amtrak Rail

First, thanking you for your support and collaboration. I Robert Hilton boarded Amtrak train November 11th at 215 pm was checked in by conductor several times going to Alabama. Had no problems with other conductors until the third conductor arrived whom weighted about three hundred pounds. Robert Hilton had in total 3 heavy bags and was considered disabled.

First, amendment rights were violated and his disability rights as well. Amtrak policies for passengers with disabilities in compliance with state and federal laws and regulations ,including the Americans with disabilities act (ada) Amtrak prohibits discrimination based on a disability passenger in its program.

Robert Hilton an elder of 65 years old was harassed and abuse in the following way, physical abuse a three-hundred-pound conductor deliberately continued to bang his Amtrak seat while sleep causing injury to him and a disabled passenger, also abandonment having to leave a train in the rain in the middle of an unfamiliar place.

In addition, causing Mr. Hilton financial abuse with taxi service, Hotel Expense Hilton winded up at the Baymont inn suites located in Lynchburg Virginia where he had to purchase a room from Friday ,Saturday, Sunday Mr. Hilton had to pay an additional day until Monday because greyhound was sold out of tickets for his return to New York until Monday morning. Mr. Hilton had to buy dinner for three nights.



Mr. Hilton's brother-in-law a prior police officer for NYPD and Amtrak officer said the conductor retaliated because Mr. Hilton said he would write him up for harassment and mental abuse to a disabled passenger

This conductor felt threatened because I said I will write him up and press chargers on him, so he retaliated by calling the police while Mr. Hilton went back to sleep this time that same conductor called Mr. Hilton in front of three police officers instead of banging on my chair he raised up to see three police officers and the conductor standing on top of him he told the officers that this conductor kept banging on my seat numerous times while sleeping which caused me to confront him telling him I am disabled and why is he banging on my seat and that I would write him up. The conductor stated I don't care give me your ticket I said again stop harassing me while sleeping and why are you cautiously coming back to my seat harassing me a disabled passenger.

The police asked Hilton to leave the train because that's what the conductor wanted so he left the train in the rain and nowhere to go at station Lynchburg Virginia far away from Alabama. This was considered isolation, abduction and mental suffering and financial loss. In this abandonment Amtrak failed to realize Mr. Hilton hadn't assaulted the conductor nor was he drinking alcohol. Amtrak never provided any shelter for this paid passenger after their conductor abuse a disabled passenger by banging on this disability passenger seat numerous times.

Which resulted in physical harm, pain and mental suffering and financial loss and hardship. Amtrak failed to protect this disabled passenger from safety hazards conditions after causing him injury to his back and left ankle which resulted in poor cognitive functioning, mental limitations and chronic poor health.

Mr. Hilton had no problems with Amtrak for 35 years he traveled with them until November 11th of 2022 with this conductor. Therefore, he is seeking Amtrak to lift the bar off him from not traveling with Amtrak and funding him with his ticket money after kicking him off the train the conductor telling Hilton he lost his fare he will not be reimbursed. Mr. Hilton future wife immediately called Amtrak in

2

which they refunded half of the ticket money but still owes the other remaining funds. The Virginia police called their head quarters to see if Mr. Hilton had warrants, he was clean as the board of health. The police barred Mr. Hilton along with another Amtrak gentle from riding Amtrak again or he will be arrested. Mr. Hilton is an officer for a bank and is an upright good citizen with a disability.

Nevertheless Mr. Hilton has suffered physical pain. Hurt his back his left ankle in Lynchburg by tripping over an object in the dark all this caused him mental and emotional pain physical abuse financial loss, harassment, elder abuse abandonment, abduction, physical harm. Mental suffering.

Once, again thanking you for your time, patience and your utmost reconsideration afforded as Mr. Hilton awaits your response.

N.B

Mr. Hilton paid additional fare with grey hound needs to be refunded for his troubles.

Respectfully.

Robert Hilton

Joyce Oliver

Diane Hilton

Mike Hilton

John From Baymont inn suites

*Robert Hilton*
11/17/2022

Signed before me on this 17th day of November 2022,
Robert Hilton.

Irina Shaulov
Notary Public, State of New York
No. 01SH6266271
Qualified in Queens County

Commission Expiration 07/23/2024